UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE RESOURCE CAPITAL CORP.                           17 **CIVIL** 1381 (LLS)
SHAREHOLDER DRIVATIVE LITIGATION
DEMAND REFUSED ACTIONS                                 **JUDGMENT**

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated February 23, 2018, the motion to dismiss the verified

consolidated shareholders derivative complaint is granted; accordingly, judgment is entered

dismissing that complaint and those in each of the three consolidated actions: 17 Civ. 1381, 17

Civ. 1965, and 17 Civ. 2998.

**Dated:**  New York, New York
           February 26, 2018

                                            RUBY J. KRAJICK
                                            _____
                                                Clerk of Court
                                    BY:
                                            _____
                                                Deputy Clerk

                            THIS DOCUMENT WAS ENTERED
                            ON THE DOCKET ON _____