UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE RESOURCE CAPITAL CORP. SHAREHOLDER DERIVATIVE LITIGATION DEMAND FUTILE ACTIONS | : Civil Action No.: 17 Civ. 253 (LLS) : : : |
| IN RE RESOURCE CAPITAL CORP. SHAREHOLDER DERIVATIVE LITIGATION DEMAND REFUSED ACTIONS | : : Civil Action No.: 17 Civ. 1381 (LLS) : : |

**JOINT MOTION FOR INDICATIVE RULING REGARDING
PRELIMINARY APPROVAL OF SETTLEMENT**

The above-captioned actions ("Derivative Actions") are putative shareholder derivative actions brought pursuant to Rule 23.1 of the Federal Rules of Civil Procedure on behalf of nominal defendant Resource Capital Corp. against certain of its directors and officers, and Resource Capital Manager, Inc. and Resource America, Inc.[1]  On February 23, 2018 and April 2, 2018, respectively, this Court issued orders granting Defendants' motions to dismiss the Derivative Actions, and subsequently entered judgments for the Defendants on February 26, 2018 and April 3, 2018, respectively.  (*See* Dkt. Nos. 42, 43 in the Demand Refused Actions and Dkt. Nos.117, 118 in the Demand Futile Actions).  On March 23, 2018 and May 3, 2018, respectively, Plaintiffs in the Derivative Actions filed notices of appeal seeking review of same, and the cases are currently docketed in the United States Court of Appeals for the Second Circuit under Docket Nos. 18-803 (Demand Refused Actions) and 18-1355 (Demand Futile Actions).

The parties have reached a settlement of the Derivative Actions, with the Stipulation and Agreement of Settlement (the "Stipulation") being fully executed by all parties as of January 27, 2019.  The settlement is subject to approval of this Court pursuant to Fed. R. Civ. P. 23.1, and a motion for preliminary approval of the settlement has been filed concurrently herewith. Accordingly, pursuant to Fed. R. Civ. P. 62.1, the parties jointly request an indicative ruling from this Court such that, upon limited remand from the Second Circuit Court of Appeals, this Court will grant preliminary approval of the settlement, including an order scheduling a final approval hearing, following notice to the shareholders, whereupon the Court will consider whether to finally approve the settlement.

---

[1] Specifically, the Derivative Actions are comprised of *In re Resource Capital Corp. S'holder Derivative Litig. Demand Futile Actions*, Lead Case No. 1:17-cv-00253-LLS ("Demand Futile Actions") and *In re Resource Capital Corp. S'holder Derivative Litig. Demand Refused Actions*, Lead Case No. 1:17-cv-01381-LLS ("Demand Refused Actions").

The parties respectfully request that this Court enter the proposed Order submitted herewith indicating that the Court will accept a limited remand of the Derivative Actions from the Second Circuit Court of Appeals for the limited purpose described hereinabove.

Dated: March 1, 2019

**ROBBINS ARROYO LLP**

By: s/ Craig W. Smith
Brian J. Robbins
Craig W. Smith
Ashley R. Rifkin
Shane P. Sanders
600 B Street, Suite 1900
San Diego, CA 91201
(619) 525-3990
brobbins@robbinsarroyo.com
csmith@robbinsarroyo.com
arifkin@robbinsarroyo.com
ssanders@robbinsarroyo.com

*Lead Counsel for Plaintiffs in the Demand
Futile Actions*

**LAW OFFICES OF CURTIS V.
TRINKO, LLP**

By: s/ Curtis V. Trinko
Curtis V. Trinko, Esq.
16 West 46th St
9th Flr.
New York, NY 10036
Telephone: (212) 490-9550
Facsimile: (212) 986-0158
ctrinko@trinko.com

*Liaison Counsel for Plaintiffs in the Demand
Refused Actions*

**PROMISLOFF LAW, P.C.**
David M. Promisloff
5 Great Valley Parkway, Suite 210
Malvern, PA 19355
(215) 259-5156
david@prolawpa.com

*Lead Counsel for Plaintiffs in the Demand
Refused Actions*

**LAW OFFICE OF ALFRED G. YATES, JR., P.C.**
Alfred G. Yates, Jr.
Gerald L. Rutledge
300 Mt. Lebanon Boulevard
Suite 206-B
Pittsburgh, PA 15234-1507
Telephone: (412) 391-5164
Facsimile: (412) 471-1033

**JOHNSON FISTEL, LLP**
W. Scott Holleman
99 Madison Avenue
5th Floor
New York, NY 10016
Telephone: (212) 802-1486
Facsimile: (212) 602-1592
ScottH@johnsonfistel.com

**JOHNSON FISTEL, LLP**
Michael I. Fistel, Jr.
40 Powder Springs Street
Marietta, GA  30064
Telephone: (470) 632-6000
Facsimile: (770) 200-3101
MichaelF@johnsonfistel.com

**BERNSTEIN LIEBHARD LLP**
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218

**THE WEISER LAW FIRM, P.C.**
Robert B. Weiser
Brett D. Stecker
James M. Ficaro
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: (610) 225-2677
Facsimile: (610) 408-8062
rw@weiserlawfirm.com
bds@weiserlawfirm.com
jmf@weiserlawfirm.com

*Additional Counsel for Appellants-Plaintiffs*

– 4 –

Dated: March 1, 2019                    **COVINGTON & BURLING LLP**

                                        By:  s/ Mark P. Gimbel
                                        Mark P. Gimbel
                                        The New York Times Building
                                        620 Eighth Avenue
                                        New York, NY 10018-1405
                                        (212) 841-1161
                                        mgimbel@cov.com

                                        *Counsel for David J. Bryant, Eldron C.
                                        Blackwell, David E. Bloom, Steven J. Kessler,
                                        Murray S. Levin, P. Sherill Neff, Walter T.
                                        Beach, William B. Hart, Gary Ickowicz,
                                        Richard L. Fore, Stephanie H. Wiggins,
                                        Jonathan Z. Cohen and Edward E. Cohen*

Dated: March 1, 2019                    **SCHLAM STONE & DOLAN LLP**

                                        By:   s/ Bradley J. Nash
                                        Bradley J. Nash
                                        26 Broadway
                                        New York, NY 10004
                                        (212) 344-5400
                                        bnash@schlamstone.com

                                        *Counsel for Exantas Capital Corp. (f/k/a
                                        Resource Capital Corp.)*

Dated: March 1, 2019                    **PROSKAUER ROSE LLP**

                                        By: s/ David A. Picon
                                        David A. Picon
                                        Edward Canter
                                        11 Times Square
                                        New York, NY 10036
                                        (212) 969-3000
                                        dpicon@proskauer.com
                                        ecanter@proskauer.com

                                        *Counsel for Resource America, Inc. and
                                        Exantas Capital Manager Inc. (f/k/a
                                        Resource Capital Manager, Inc.)*

– 5 –