UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| : | Civil Action No.: 17 Civ. 253 (LLS) |
| IN  RE  RESOURCE  CAPITAL  CORP. : | |
| SHAREHOLDER DERIVATIVE LITIGATION : | |
| DEMAND FUTILE ACTIONS : | |
| : | |
| : | |
| IN  RE  RESOURCE  CAPITAL  CORP. : | Civil Action No.: 17 Civ. 1381 (LLS) |
| SHAREHOLDER DERIVATIVE LITIGATION : | |
| DEMAND REFUSED ACTIONS : | |
| : | |
| : | |

**UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF DERIVATIVE SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23.1(c), and upon the Stipulation and Agreement of Settlement (the "Stipulation") dated January 28, 2019, attached hereto as Exhibit 1, plaintiffs Joseph Greenberg, James M. DeCaro, Mark E. McKinney, Dave Sherek, Robert H. Spiegel, and Rick Sebenoler ("Plaintiffs"), derivatively on behalf of Resource Capital Corp. ("Resource Capital" or the "Company"[1]), respectfully submit this unopposed Motion, which moves this Court for entry of an Order in the form attached as Exhibit 1 to the Stipulation entitled [Proposed] Order Preliminarily Approving Settlement, Authorizing Notice, And Setting Settlement Hearing (the Parties' proposed "Preliminary Approval Order"):

      1.      Granting preliminary approval of the proposed Settlement on the terms set forth in the Stipulation;

      2.      Approving the proposed substance and form of the Notice of Proposed Settlement,[2] attached as Exhibit 2 to the Stipulation, and Summary Notice, attached as Exhibit 3 to the Stipulation;

      3.      Preliminarily approving Plaintiffs' Counsel's mutually agreed upon Fee and Expense Award; and

      4.      Scheduling a Final Hearing date.

The Parties' proposed Preliminary Approval Order includes blanks for the date and time of the Settlement Hearing, which the Court must complete in order to properly effectuate the Settlement.  In this regard, Plaintiffs and Defendants request the following schedule, if the Court preliminarily approves the Settlement:

---

[1] Resource Capital is now known as Exantas Capital Corp. but is referred to herein as Resource Capital or the Company for consistency with prior pleadings.

[2] Unless otherwise defined herein, all capitalized terms have the same meaning ascribed to them in the Stipulation.

| | |
|---|---|
| Filing of Notice of Proposed Settlement along with a Form 8-K with the SEC | 10 business days after the Court enters the Preliminary Approval Order |
| Summary Notice published in Investors' Business Daily | 10 business days after Court enters the Preliminary Approval Order |
| Notice of Proposed Settlement to be posted on the websites of Robbins Arroyo LLP, and Promisloff Law, P.C. | 10 business days after the Court enters the Preliminary Approval Order |
| Filing of Motion for Final Approval of Proposed Settlement | 28 calendar days before Settlement Hearing |
| Last day for current Resource Capital shareholders to file written objections to the proposed Settlement and provide written notice of their intent to appear at Settlement Hearing | 21 calendar days before Settlement Hearing |
| Filing of Reply for Final Approval of Proposed Settlement | 7 calendar days before Settlement Hearing |

Many of the dates for the events set forth above are tied either to the entry of the proposed Preliminary Approval Order or to the Settlement Hearing date, which Plaintiffs respectfully request to be scheduled approximately sixty (60) days after the entry of the Preliminary Approval Order, or at a later date at the Court's convenience.  If this schedule is not convenient for the Court, Plaintiffs request that the Court utilize similar time intervals for the events in completing the proposed Preliminary Approval Order.

For the reasons set forth in the Stipulation and the accompanying Memorandum of Law in Support of Motion for Preliminary Approval of Derivative Settlement, Plaintiffs respectfully request that the Count find that the proposed Settlement merits preliminary approval and enter the Preliminary Approval Order.

*[Signatures On Following Page]*

Dated: March 1, 2019

**ROBBINS ARROYO LLP**

By:  s/ Craig W. Smith
Brian J. Robbins
Craig W. Smith
Ashley R. Rifkin
Shane P. Sanders
600 B Street, Suite 1900
San Diego, CA 91201
(619) 525-3990
brobbins@robbinsarroyo.com
csmith@robbinsarroyo.com
arifkin@robbinsarroyo.com
ssanders@robbinsarroyo.com

*Lead Counsel for Plaintiffs in the Demand
Futile Actions*

**LAW OFFICES OF CURTIS V.
TRINKO, LLP**

By: s/ Curtis V. Trinko
Curtis V. Trinko, Esq.
16 West 46th St
9th Flr.
New York, NY 10036
Telephone: (212) 490-9550
Facsimile: (212) 986-0158
ctrinko@trinko.com

*Liaison Counsel for Plaintiffs in the Demand
Refused Actions*

**PROMISLOFF LAW, P.C.**
David M. Promisloff
5 Great Valley Parkway, Suite 210
Malvern, PA 19355
(215) 259-5156
david@prolawpa.com

*Lead Counsel for Plaintiffs in the Demand
Refused Actions*

**LAW OFFICE OF ALFRED G. YATES,
JR., P.C.**
Alfred G. Yates, Jr.
Gerald L. Rutledge
300 Mt. Lebanon Boulevard

– 4 –

Suite 206-B
Pittsburgh, PA 15234-1507
Telephone: (412) 391-5164
Facsimile: (412) 471-1033

**JOHNSON FISTEL, LLP**
W. Scott Holleman
99 Madison Avenue
5th Floor
New York, NY 10016
Telephone: (212) 802-1486
Facsimile: (212) 602-1592
ScottH@johnsonfistel.com

**JOHNSON FISTEL, LLP**
Michael I. Fistel, Jr.
40 Powder Springs Street
Marietta, GA  30064
Telephone: (470) 632-6000
Facsimile: (770) 200-3101
MichaelF@johnsonfistel.com

**BERNSTEIN LIEBHARD LLP**
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218

**THE WEISER LAW FIRM, P.C.**
Robert B. Weiser
Brett D. Stecker
James M. Ficaro
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: (610) 225-2677
Facsimile: (610) 408-8062
rw@weiserlawfirm.com
bds@weiserlawfirm.com
jmf@weiserlawfirm.com

*Additional Counsel for Appellants-Plaintiffs*