UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE RESOURCE CAPITAL CORP. SHAREHOLDER DERIVATIVE LITIGATION DEMAND FUTILE ACTIONS | : : : : : : | Civil Action No.: 17 Civ. 253 (LLS) |
| IN RE RESOURCE CAPITAL CORP. SHAREHOLDER DERIVATIVE LITIGATION DEMAND REFUSED ACTIONS | : : : : : : | Civil Action No.: 17 Civ. 1381 (LLS) |

**<u>DECLARATION OF SHANE P. SANDERS IN SUPPORT OF UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT</u>**

I, SHANE P. SANDERS, an attorney duly admitted to practice in the State of California, and admitted *pro hac vice* by this Court in the above-captioned action, hereby affirm under penalty of perjury:

1.      I am of counsel at the law firm Robbins Arroyo LLP ("Robbins Arroyo"), Lead Counsel for Plaintiffs in the Demand Futile Actions.

2.      I submit this declaration in support of the unopposed Motion for Preliminary Approval of Derivative Settlement filed concurrently herewith.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.      Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:   Stipulation and Agreement of Settlement, executed January 27, 2018;
Exhibit 2:   *In re Rambus Inc. Derivative Litig.*, No. 5:06-cv-03513-JF, Order Preliminarily Approving Settlement (N.D. Cal. Oct. 30, 2008);
Exhibit 3:   *In re: MoneyGram Int'l, Inc. Derivative Litig.*, No. 0:09-cv-03208 DSD-JJG, Order Preliminarily Approving Settlement, Approving Notice and Scheduling Settlement Hearing (D. Minn. Apr. 1, 2010);
Exhibit 4:   *In re Comverse Tech., Inc. Derivative Litig.*, No. 2:06-cv-01849-NGG-RER, Preliminarily Approval and Scheduling Order (E.D.N.Y. Apr. 6, 2010);
Exhibit 5:   *In re Marvell Tech. Grp. Ltd. Derivative Litig.*, No. 5:06-cv-03894-RMW, Order Preliminarily Approving Derivative Settlement And Providing for Notice (N.D. Cal. May 21, 2009);
Exhibit 6:   *Wandel v. Brenneman et al.*, No. 2006 Civ. 117491, Order Preliminarily Approving Settlement, Approving Notice of Settlement, And Setting Schedule (Ga. Super. Ct. Apr. 3, 2008)

I declare under penalty of perjury that the foregoing representations are true and correct. Executed this 28th day of February, 2019, at San Diego, California.

*/s/ Shane P. Sanders*
SHANE SANDERS

Respectfully submitted,

Dated: March 1, 2019                    **ROBBINS ARROYO LLP**

By:  s/ Craig W. Smith
Brian J. Robbins
Craig W. Smith
Ashley R. Rifkin
Shane P. Sanders
5040 Shoreham Place
San Diego, CA 92122
(619) 525-3990
brobbins@robbinsarroyo.com
csmith@robbinsarroyo.com
arifkin@robbinsarroyo.com
ssanders@robbinsarroyo.com

*Lead Counsel for Plaintiffs in the Demand
Futile Actions*

**LAW OFFICES OF CURTIS V.
TRINKO, LLP**

By: s/ Curtis V. Trinko
Curtis V. Trinko, Esq.
16 West 46th St, 9th Flr.
New York, NY 10036
Telephone: (212) 490-9550
Facsimile: (212) 986-0158
ctrinko@trinko.com

*Liaison Counsel for Plaintiffs in the Demand
Refused Actions*

**PROMISLOFF LAW, P.C.**
David M. Promisloff
5 Great Valley Parkway, Suite 210
Malvern, PA 19355
(215) 259-5156
david@prolawpa.com

*Lead Counsel for Plaintiffs in the Demand
Refused Actions*

**LAW OFFICE OF ALFRED G. YATES,
JR., P.C.**
Alfred G. Yates, Jr.
Gerald L. Rutledge

– 3 –

300 Mt. Lebanon Boulevard
Suite 206-B
Pittsburgh, PA 15234-1507
Telephone: (412) 391-5164
Facsimile: (412) 471-1033

**JOHNSON FISTEL, LLP**
W. Scott Holleman
99 Madison Avenue
5th Floor
New York, NY 10016
Telephone: (212) 802-1486
Facsimile: (212) 602-1592
ScottH@johnsonfistel.com

**JOHNSON FISTEL, LLP**
Michael I. Fistel, Jr.
40 Powder Springs Street
Marietta, GA  30064
Telephone: (470) 632-6000
Facsimile: (770) 200-3101
MichaelF@johnsonfistel.com

**BERNSTEIN LIEBHARD LLP**
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218

**THE WEISER LAW FIRM, P.C.**
Robert B. Weiser
Brett D. Stecker
James M. Ficaro
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: (610) 225-2677
Facsimile: (610) 408-8062
rw@weiserlawfirm.com
bds@weiserlawfirm.com
jmf@weiserlawfirm.com

*Additional Counsel for Appellants-Plaintiffs*